# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JUANITA ORTEGA                                                                                           PLAINTIFF

v.                                           NO. 4:11CV00626 JLH

OCWEN LOAN SERVICING, LLC                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 29th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE